THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jason Aarron Moulton, Appellant.
 
 
 

Appeal from Richland County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-257
Submitted May 1, 2007  Filed May 29, 2007
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jason Moulton appeals his conviction and sentence for voluntary manslaughter.  He maintains the trial court erred in refusing to allow trial counsel to cross-examine a witness, an admitted crack cocaine addict, about the effects of crack cocaine on a users perceptions.  Moulton claims this expert testimony was relevant to his claim of self-defense because his apprehension of danger was heightened as a result of the fact he was in a crackhouse when he shot the victim.  After a thorough review of the record and counsels brief pursuant to 
Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Moultons appeal and grant counsels motion to be relieved. 

APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.